# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Brenda Alleyne; Kent Alleyne, ) | | Civil Action No. 0:19-cv-01161-JMC |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| Outback Steakhouse of Florida, LLC, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

  This action arises from a slip and fall at an Outback Steakhouse in Rock Hill, South Carolina. (ECF No. 1-1 at 4 ¶¶ 14–16.) The matter before the court is Plaintiffs Brenda Alleyne and Kent Alleyne's Motion to Compel Defendant Outback Steakhouse of Florida, LLC, to provide discovery responses. (ECF No. 19.) Plaintiffs claim that they have "still not yet received any responses to the initial set of interrogatories and requests for production of document[s] that were served on Defendant on June 25, 2019." (ECF No. 19 at 1 ¶ 3 (citing ECF No. 19-1 at 1–14).)

  Rule 37 of the Federal Rules of Civil Procedure states that "[a] party seeking discovery may move for an order compelling an answer, designation, production, or inspection" if the opposing party "fails to answer an interrogatory submitted under Rule 33" or if the opposing party "fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under Rule 34." Fed. R. Civ. P. 37. Additionally, Local Rule 37.01(A) requires a party to file a motion to compel discovery within twenty-one (21) days after the response was due. Local Civ. Rule 37.01(A) (D.S.C.).

  The court observes that Defendant has failed to respond to Plaintiffs' Motion. Therefore, the court **GRANTS** Plaintiffs Brenda Alleyne and Kent Alleyne's Motion to Compel (ECF No. 19) and **ORDERS** Defendant to provide appropriate responses to Plaintiffs' interrogatories and

1

requests for production by Wednesday, May 6, 2020.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

April 22, 2020
Columbia, South Carolina